# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Jeremiah Russell Yohe**        **BK NO. 20-00601 HWV**
     **Kayla Precious Yohe fka Kayla Precious**
**Sweitzer**        **Chapter 13**

       **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

     Respectfully submitted,

     **/s/ James C. Warmbrodt, Esquire**
     James C. Warmbrodt, Esquire
     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     215-627-1322