Certificate Number: 17082-PAM-DE-034176871

Bankruptcy Case Number: 20-00601


17082-PAM-DE-034176871

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2020, at 4:52 o'clock PM MST, JEREMIAH R YOHE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 3, 2020

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director