In re:  
Jeremiah Russell Yohe  
Kayla Precious Yohe  
    Debtors

Case No. 20-00601-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Apr 14, 2020  
                   Form ID: ntcnfhrg     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
```
db/jdb         +Jeremiah Russell Yohe,    Kayla Precious Yohe,    1585 Church Rd,    York, PA 17408-1501
5303087        +Cap1/basspro,    Po Box 30281,    Salt Lake City, UT 84130-0281
5303088        +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
5303090        +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
5303093        +M & T Bank Mortgage,    Po Box 900,    Millsboro, DE 19966-0900
5303094         M&t Bank,    P.o. Box 619063,    Dallas, TX 75261-9063
5303095        +Sflndcorp,    One Letterman Drive,    San Francisco, CA 94129-1494
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2020 20:45:45
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5303086        +E-mail/Text: backoffice@affirm.com Apr 14 2020 20:34:57     Affirm Inc,
                650 California St Fl 12,    San Francisco, CA 94108-2716
5305098         E-mail/Text: mrdiscen@discover.com Apr 14 2020 20:33:52     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5303089        +E-mail/Text: mrdiscen@discover.com Apr 14 2020 20:33:52     Discover Fin Svcs Llc,    Pob 15316,
                Wilmington, DE 19850-5316
5303091         E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 14 2020 20:34:04     Internal Revenue Service,
                Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5305821         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 14 2020 20:43:48     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5303092         E-mail/Text: camanagement@mtb.com Apr 14 2020 20:34:07     M & T Bank,    Po Box 900,
                Millsboro, DE 19966
5303096        +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 20:43:36     Syncb/lowes,    Po Box 956005,
                Orlando, FL 32896-0001
5303097        +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 20:44:26     Syncb/ppc,    Po Box 965005,
                Orlando, FL 32896-5005
5303462        +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 20:45:28     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:
```
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Dawn Marie Cutaia    on behalf of Debtor 2 Kayla Precious Yohe dmcutaia@gmail.com,
          cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
         Dawn Marie Cutaia    on behalf of Debtor 1 Jeremiah Russell Yohe dmcutaia@gmail.com,
          cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
         James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeremiah Russell Yohe,

**Debtor 1**

Kayla Precious Yohe,
fka Kayla Precious Sweitzer,

**Debtor 2**

Chapter 13

Case No. 1:20–bk–00601–HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 20, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court the hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing | Date: May 27, 2020  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101–1737  (717) 901–2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 14, 2020 |

ntcnfhrg (03/18)