UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEREMIAH RUSSELL YOHE and : CHAPTER 13
KAYLA PRECIOUS YOHE :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
JEREMIAH RUSSELL YOHE and :
KAYLA PRECIOUS YOHE :
   Respondent(s) : CASE NO. 1-20-bk-00601

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 20th day of August, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Unfiled 2019 federal income tax return (Claim #3).

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Proof of Claim for PA Department of Revenue.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/James K. Jones
      Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this 20th day of August, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
115 East Philadelphia Street
York, PA   17401

                                               /s/Deborah A. Behney
                                               Office of Charles J. DeHart, III
                                               Standing Chapter 13 Trustee