# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kayla Precious Yohe fka Kayla Precious Sweitzer<br>    Jeremiah Russell Yohe<br>                      Debtors<br><br>M&T Bank<br>                      Movant<br>    vs.<br><br>Kayla Precious Yohe fka Kayla Precious Sweitzer<br>Jeremiah Russell Yohe<br>                      Debtors<br><br>Jack N. Zaharopoulos, Esq.<br>                      Trustee | BK NO. 20-00601 HWV<br><br>Chapter 13<br><br>Related to Claim No. N/A |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 19, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtors</u>
Kayla Precious Yohe fka Kayla Precious Sweitzer
1585 Church Road
York, PA 17408

Jeremiah Russell Yohe
1585 Church Road
York, PA 17408

<u>Attorney for Debtors</u>
Dawn Marie Cutaia, Esq.
1423 East Market Street (VIA ECF)
York, PA 17403

<u>Trustee</u>
Jack N. Zaharopoulos , Esq.
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first-class mail.

Dated: <u>January 19, 2023</u>

                                                    **/s/Michael P. Farrington, Esq.**
                                                    Michael P. Farrington, Esq.
                                                    Attorney I.D. 329636
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106
                                                    (215) 825-6488
                                                    mfarrington@kmllawgroup.com